UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV20-03689 JAK (LA CR16-00796 JAK) | Date | June 16, 2020 |
| Title | Rolanda Ashley v. United States of America (United States of America v. Rolanda Ashley) | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Cheryl Wynn | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Plaintiff *pro se*: | Attorney Present for Defendants |
| Rolanda Ashley, Not Present | Kerry L. Quinn, Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO COMPLY WITH A COURT ORDER**

On April 22, 2020, Petitioner, who is self-represented, filed a motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255 (the "Motion"). CV Dkt. 1; CR Dkt. 84. On May 11, 2020, the Government filed an "Ex Parte Application Requesting Court Order (1) Authorizing Disclosure of Certain Attorney-Client Communications; (2) Establishing Procedures for Obtaining Such Attorney-Client Communications, (3) Implementing Protective Order for Such Obtained Communications, and (4) Amending Briefing Schedule on Defendant's § 2255 Motion" (the "Application"). CV Dkt. 5; CR Dkt. 88. On May 13, 2020, an order issued that required Petitioner to file any response to the Application on or before June 3, 2020, and Government counsel to serve the order on Petitioner and file a corresponding proof of service. CV Dkt. 6; CR Dkt. 92. Government counsel filed a proof of service on the criminal docket on May 14, 2020. CR Dkt. 93. No response has been filed by Petitioner.

Petitioner is ordered to show cause in writing on or before July 17, 2020, as to why the action should not be dismissed for failure to comply with a court order. Petitioner is advised that the Court will consider the filing of a response to the Application, on or before July 17, 2020, as a satisfactory response to the Order to Show Cause. Failure to comply with this Order may result in dismissal of this action. Upon the filing and review of any statement by Petitioner, the Court will determine whether to discharge the Order to Show Cause. If Petitioner files any response to the Application, an order will be issued addressing the Application.

In light of the foregoing, the briefing schedule for the Motion (CV Dkt. 3; CR Dkt. 86) is **VACATED**, and will be reset upon the issuance of an order addressing the Application.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Preparer | cw |